**No. P68/268.**—Standard Brands Paint Co., Inc., and Frank P. Dow Co., Inc., et al. *v.* United States, protests 61/6467, etc. (Los Angeles).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consist of wooden doors similar in all material respects to those the subject of *B. A. McKenzie & Co., Inc.* v. *United States* (58 Cust. Ct. 383, C.D. 2997), the claim of the plaintiffs was sustained.